**No. 50364.**—Protests 117148–K, etc., of Strauss-Eckardt Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 17, 1945

**No. 50365.**—————————Protest 20860–K of R. T. Shelton Co. Plaintiff's application for rehearing granted.

JULY 23, 1945

**No. 50366.**—SUIT 4489.————————————*United States* v. *Shalom & Co.* C. D. 854 reversed May 24, 1945. C. A. D. 311.

**No. 50367.**—SUIT 4491.——— *Oxford University Press, New York, Inc.* v. *United States.* C. D. 857 reversed May 24, 1945. C. A. D. 309.

**No. 50368.**—SUIT 4494.——— *United States* v. *Massabni Bros. & Saba.* C. D. 875 reversed May 24, 1945. C. A. D. 313.

BEFORE THE FIRST DIVISION, JULY 25, 1945

**No. 50369.**—Protests 4879–K, etc., of Elliot Greene & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50370.**—Protests 94441–K, etc., of China Import & Export Co. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.